IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HOWARD COHAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.: 18-cv-04898 |
| | ) | |
| RALPH LAUREN LIFESTYLES | ) | Honorable Joan H. Lefkow |
| CONCEPTS, LLC, | ) | |
| d/b/a RL RESTAURANT, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO VOLUNTARY DISMISS ACTION
PURSUANT TO FED.R.CIV.P. 41(a)(1)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), the Plaintiff, HOWARD COHAN and the Defendant RALPH LAUREN LIFESTYLES CONCEPTS, LLC d/b/a RL RESTAURANT, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

| | |
|---|---|
| HOWARD COHAN | RALPH LAUREN LIFESTYLES CONCEPTS, LLC d/b/a RL RESTAURANT |
| By: /s/ *Marshall J. Burt* | |
| Marshall J. Burt | |
| The Burt Law Group, Ltd. | By: */s John T. Roache* |
| 77 W. Washington, Ste 1300 | John T. Roache |
| Chicago, IL 60602 | Akerman LLP |
| 312-419-1999 | 71 S. Wacker Drive, 46th Floor |
| | Chicago, IL 60606 |
| | John.roache@akerman.com |
| | 312-634-5700 |